FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
9:49 am, Jan 21, 2020
JEFFREY P. COLWELL, CLERK

AO 442 (Rev. 9/15MOE) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

United States of America
v.

Derek McCarty
*Defendant*

COLORADO CASE # 20-mj-00007-NYW

Case No. 4:07CR00092-1 HEA

2019 SEP 27 PM 1:13

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Derek McCarty

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

See attached "Petition for Warrant"

Date: September 27, 2019

By: mrc, deputy clerk
*Issuing officer's signature*

City and state: St. Louis, Missouri          Gregory J. Linhares, Clerk of the Court
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____.  Date: _____ | *Arresting officer's signature*  *Printed name and title* |

AO 442 (Rev. 9/15MOE) Arrest Warrant (Page 2)

2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

## Second Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   Derek McCarty                    Case Number: 4:07CR00092-1 HEA

Name of Sentencing Judicial Officer: The Honorable Donald J. Stohr, Senior United States District Judge; on March 16, 2011, case reassigned to the Honorable Henry E. Autrey, United States District Judge

Date of Original Sentence: September 7, 2007

Original Offense: Possession of Child Pornography

Original Sentence: 36 months custody of the Bureau of Prisons, followed by a Life term of supervised release; on April 4, 2011, supervised release revoked and sentenced to seven months imprisonment, followed by a Life term of supervised release; on July 10, 2012, supervised release revoked and sentenced to five months imprisonment, followed by a Life term of supervised release; September 8, 2014, supervised release revoked and sentenced to eight months imprisonment, followed by a Life term of supervised release.

Type of Supervision: Supervised Release              Date Supervision Commenced: April 17, 2015
                                                                         Expiration Date: N/A

Assistant U.S. Attorney: Robert Livergood             Defense Attorney: Diane Dragan

## PETITIONING THE COURT

**[X] To issue a warrant**

**And to amend the original petition to include updated information. The new information is highlighted in bold print.**

The probation officer believes that the offender has violated the following condition of supervision:

### Violation Number

Special Condition (as modified on March 12, 2018): You must participate in a substance abuse treatment program and follow the rules and regulations of that program.  The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.)

### Nature of Noncompliance

On March 6, 2018, the undersigned officer contacted McCarty by telephone and directed him to report to Southeast Missouri Behavioral Health (SEMOBH), an inpatient treatment facility located in

PROB 12C (02/17)
Derek McCarty
4:07CR00092-1 HEA

Farmington, Missouri.  McCarty was directed to report for inpatient treatment on March 13, 2018.

On March 14, 2018, the undersigned officer contacted staff at SEMOBH and discovered McCarty had failed to report as directed. Multiple attempts to contact McCarty on March 14, 2018, were met with negative results. On March 15, 2018, McCarty contacted the undersigned officer by telephone and stated he would be reporting to inpatient treatment that day. On March 16, 2018, the undersigned officer contacted McCarty at his residence. The undersigned officer explained to McCarty that his inpatient referral date was not a recommendation, but a directive. McCarty said he understood and would report immediately.

According to SEMOBH, McCarty reported to inpatient treatment on March 17, 2018. On March 26, 2018, the undersigned officer was contacted by SEMOBH staff. They reported that McCarty had left the facility against staff advice and without making proper notification. According to a Critical Incident Report provided by SEMOBH, McCarty left the facility by entering a dark in color sports utility vehicle. The probation office has had no contact with McCarty since.

**Violation Number**

General Condition: The defendant shall not commit another federal, state, or local crime.

**Nature of Noncompliance**

On July 5, 2018, McCarty was arrested by the St. Louis Metropolitan Police Department for charges of Tampering with Motor Vehicle 1st Degree, Trespass 1st Degree, and a fugitive warrant.

According to St. Louis Metropolitan Police Department police report (18-030858), police received a "call for police" on July 5, 2018.  Officers arrived at 700 Schirmer, which is a dead end street with a large sign reading "Private Property Do Not Drive Across."  Officers observed a white GMC Sierra truck bearing Missouri license plate 3EB 700 stuck across the railroad tracks.  It appeared the truck had driven off the roadway, over the sidewalk, through the grass and onto the railroad tracks in a failed attempt to cross the tracks.

Officers were approached by McCarty, who stated he was stuck behind another vehicle and was in a hurry.  McCarty said he drove down to Schirmer, which dead ends before the railroad tracks.  McCarty then attempted to cross the railroad tracks.  Officers advised McCarty he was being charged with Trespassing 1st and advised him of his Miranda rights.  McCarty said he understood and apologized.  Officers conducted a computer check of the license plates, which revealed they were not registered to the GMC Sierra truck.  Officers then conducted a record check of the VIN, which revealed the truck was reported stolen on July 4, 2018, from Hillsboro, Missouri per reference number V28927495.

Officers advised McCarty he was also being charged with Tampering 1st.  McCarty reported that he got the truck from an unknown girl so he could go "scraping."  McCarty refused to complete a written statement.  McCarty was transported to the St. Louis Metropolitan Police Department and charged with Trespassing 1st and Tampering 1st.  He was also held on an outstanding warrant.

Derek McCarty
4:07CR00092-1 HEA

**Previous Violations**

On March 9, 2018, a violation report was submitted to the Court detailing McCarty's methamphetamine use. In response to the violation, McCarty's conditions of supervised release were modified to include substance abuse treatment, substance abuse testing, and placement at a residential reentry center. Since the Court took action in response to this noncompliance, it was not included in the above petition.

3

Derek McCarty
4:07CR00092-1 HEA

**U.S. Probation Officer Recommendation:**

**It is respectfully recommended that the Court issue a <u>warrant</u> and revoke the term of supervised release.**

**The Court originally authorized the issuance of a <u>warrant</u> on this matter on March 27, 2018.  On September 27, 2019, the U.S. Probation Office received information that McCarty is in custody in Colorado.  The detaining agency advised that there was no active <u>warrant</u> from the Eastern District of Missouri entered into the national database.  As such, it is being recommended that the Court reissue the <u>warrant</u> and proceed with revocation.**

The  should be
    [X]  revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 27, 2019**

Approved,                                                          Respectfully submitted,

by _____                by _____ for
Timothy J. Goehring                                              John T. Wolf
Supervising U.S. Probation Officer                       U.S. Probation Officer
Date: **September 27, 2019**                                Date: **September 27, 2019**

---

THE COURT ORDERS:

☐    No Action

☒    **The Issuance of a <u>Warrant</u>**

☒    **Amend the Petition**

☐    The Issuance of a Summons
        Appearance Date:
        Appearance Time:
        Courtroom Number:

☐    Other

_____
Signature of Judicial Officer

9/27/2019
Date

4