AO 442 (Rev 9/15MOE) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | )   Case No.    4:07CR00092-1 HEA |
| | ) |
| | ) |
| | ) |
| Derek McCarty | ) |
| *Defendant* | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Derek McCarty ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   See attached "Petition for Warrant"

Date:  September 27, 2019                By: mre, deputy clerk
                                           *Issuing officer's signature*

City and state:  St. Louis, Missouri            Gregory J. Linhares, Clerk of the Court
                                           *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 09/27/2019 , and the person was arrested on *(date)* 01/17/2020 at *(city and state)* Denver CO . |
| Date: 1/21/2020 |
| *Arresting officer's signature* |
| P. Bliss DEO·USMS |
| *Printed name and title* |