IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 20-mj-00007-NYW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DEREK MCCARTY,

       Defendant.

## NOTICE OF APPEARANCE

       The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above-captioned case.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender

       /s/ Jacob Rasch-Chabot
       JACOB RASCH-CHABOT
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, Colorado  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Email:  Jacob_Rasch-Chabot@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

 I hereby certify that on January 22, 2020, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

 Bryan David Fields, Assistant U.S. Attorney
 Email:  bryan.fields3@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

 Derek McCarty
 via mail

        /s/ Jacob Rasch-Chabot
        JACOB RASCH-CHABOT
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, Colorado  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Email:  Jacob_Rasch-Chabot@fd.org
        Attorney for Defendant